UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROGESTE JEAN-CHARLES, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Civil Action No. 3:15-cv-1165<br>)<br>) Judge Haynes<br>) |
| PROGRESS, INC. | ) Magistrate Judge Bryant<br>) |
| Defendant. | )<br>) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Local Rule 7.01(b), Plaintiffs respectfully move the Court for leave to file a Reply to Defendant's Opposition to Plaintiffs' Motion to File Second Amended Complaint. [Dkt. No. 19].

In support of this Motion, Plaintiffs have attached a proposed Reply hereto and state that the Defendant fails to address numerous allegations in the Proposed Amended Complaint and the amendments are therefore not clearly futile under F.R.C.P. 15(a). Of the twenty-two (22) additional paragraph's in Plaintiffs' Second Amended Complaint, the Defendant apparently opposes only Paragraph's 15, 30, 33 and 38. [Dkt. No. 19, pp. 2, 3, 4]. For the reasons stated in Plaintiffs attached Reply, the Defendant's arguments against those amendments are misplaced.

In support of its Response in Opposition, the Defendant has also attached a copy of the Employment Agreement as Exhibit C, but pages from the Agreement regarding the employee's schedule of hours worked, employee salary information, and the employee total compensation package were not included in the Exhibit.

1