UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROGESTE JEAN-CHARLES, et al. | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 3:15-cv-1165 |
| | ) Judge Crenshaw |
| PROGRESS, INC. | ) Magistrate Judge Bryant |
| Defendant. | ) |

## APPROVAL ORDER

Before the Court is the parties' Joint Motion to Approve Settlement Agreement. For good cause shown, the Parties' motion is **GRANTED**. The Court **ORDERS** as follows:

1. The Court approves the proposed settlement as set forth in the Settlement Agreement.

2. This case is dismissed with prejudice with each party to be responsible for all their own costs and attorneys' fees, except as otherwise directed in the Settlement Agreement.

_____
U.S. District Court Judge

Approved for Entry:

/s/ Douglas R. Pierce
Douglas R. Pierce, No. 10084
Richard C. Lowe, No. 05692
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

/s/ Gary Blackburn
Gary Blackburn, No. 03484
Bryant Kroll, No. 33394
THE BLACKBURN FIRM
213 Fifth Avenue North, Suite 300
Nashville, TN 37219
(615) 254-7770

(615) 726-5521

*Attorneys for Defendant*     *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of August, 2016, a copy of the foregoing document was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon the parties as indicated below through the Court's ECF system.

**Gary Blackburn**
**213 Fifth Avenue North, Suite 300**
**Nashville, TN 37219**

        /s/ Douglas R. Pierce
        Douglas R. Pierce